975 A.2d 928

IN THE MATTER OF GEORGE R. KORPITA,
AN ATTORNEY AT LAW.

July 2, 2009.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **GEORGE R. KORPITA** of **DOVER,** who was admitted to the bar of this State in 1984, and who was suspended from the practice of law for a period of three months, effective February 2, 2009, by Order of this Court filed February 2, 2009, be restored to the practice of law, effective immediately; and it is further

ORDERED that **GEORGE R. KORPITA** shall provide to the Office of Attorney Ethics periodic reports of his continued sobriety, prepared by a substance abuse counselor approved by the Office of Attorney Ethics on a schedule to be determined by the Office of Attorney Ethics, until the further Order of the Court.